UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MARK A. KIRKPATRICK,        )
                            )
    Plaintiff,               )
                            )   NO. CV-08-0224-JPH
    vs.                      )
                            )   **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE,          )
Commissioner of Social Security, )
                            )
    Defendant.               )
                            )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 24th day of March, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

by:   s/Pamela A. Howard
            Deputy Clerk

cc: all counsel